YONKERS-GARDEN CITY REALTY COMPANY, Appellant, v.
  JACKSON BROS. REALTY COMPANY et al., Respondents.

*Yonkers-Garden City Realty Co.* v. *Jackson Bros. Realty Co.*,
161 App. Div. 886, affirmed.
  (Argued April 19, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered February 5, 1914, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term. The action is
brought against the promoters and managers of the
plaintiff to set aside a mortgage for $40,541.10 alleged to
represent a secret profit claimed by them in fraud of the
purchasers of the stock of plaintiff, and to compel an
accounting by defendants covering their transactions by
which the land involved was purchased for and trans-
ferred to the plaintiff.

*Abram I. Elkus, Wesley S. Sawyer* and *Harry Wilber*
for appellant.

*John H. Corwin* and *Philip S. Dean* for respondents.

Judgment affirmed, with costs; no opinion.
  Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CAR-
DOZO and POUND, JJ. Absent: WILLARD BARTLETT,
Ch. J.